OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFICE OF THE CLERK
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP. 02. 2015

8/26/2015

ENDERLIN, EUGENE DALE JR. Tr. Ct. No. 1035438-A          WR-82,683-01

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

DISC

EUGENE DALE ENDERLIN JR.
WYNNE UNIT - TDC # 1490997

⊣3B  77320